



# MEMORANDUM OPINION

No. 04-11-00313-CV

**IN RE ILLINOIS NATIONAL INSURANCE COMPANY, AIG AMERICAN INTERNATIONAL COMPANIES,** and **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Phylis J. Speedlin, Justice

Delivered and Filed: May 11, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On May 2, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CV-F001367D3, styled *Dan Hughes Company, L.P., et al. v. Weatherford International, Inc., et al.*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Elma Teresa Salinas Ender presiding.